UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA *et al.*,
    *ex rel.* KAVEH ASKARI,

        Plaintiffs,

-against-

PHARMERICA CORPORATION *et al.*,

        Defendants.
-----------------------------------------------------------------X

Index No.: 20 Civ. 5089 (GBD)

**FILED UNDER SEAL**

## ORDER

**WHEREAS**, by Order dated May 12, 2021 (the "May 12 Order"), the Court ordered that the Relator Kavah Askari's ("Relator") *qui tam* complaint be unsealed thirty days after entry of the Order; and

**WHEREAS**, Order dated June 9, 2021 (the "June 9 Order"), the Court extended the seal to July 12, 2021; and

**WHEREAS**, Relator has made an application to extend the seal of this case for an additional thirty days, to August 11, 2021;

It is **ORDERED** that:

1. The application is granted.

2. The Relator's *qui tam* complaint, and any amended complaint, shall be unsealed on or after August 11, 2021 and, in the event the Relator has not moved to dismiss the action, service upon the defendants by the Relator in authorized as of that date.

3. The Government's and the Plaintiff States' Notices of Election to Decline Intervention (the "Intervention Notices") shall be served by the Relator upon defendants only after service of Relator's *qui tam* complaint, or any amended complaint.

4.  All documents filed in this action prior to the entry of this Order shall remain under seal and not made public, except for, upon unsealing of this case, the Relator's *qui tam* complaint, any amended complaint, the May 12 Order, the June 9 Order, this Order, and the Declination Notices.

5.  Except as modified by this Order, all provisions of the May 12 Order continue in full force and effect.

Dated: July 1-2 2021

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE