

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

400 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

Our File No.
37453-101

January 4, 2022

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States, et al. ex rel Askari v. PharMerica Corporation, et al.*
                **Civil Action No. 1:20-cv-05089 (GBD)**

Dear Judge Daniels:

This firm represents Relator Kaveh Askari ("Relator") in the above-captioned False Claims Act action. This letter is respectfully submitted to request approval of a briefing schedule agreed to by the parties for Defendants' motion to dismiss the First Amended Complaint (ECF 44-45). The parties have agreed to the following briefing schedule:

- Relator's Opposition due Monday, January 31, 2022
- Defendants' Reply due Friday, February 25, 2022

Relator respectfully requests that the Court approve the briefing schedule agreed to by the parties.

Thank you for your consideration of this matter.

                Respectfully submitted,

                *s/ Kevin P. Mulry*

                Kevin P. Mulry

cc:    All counsel (By ECF)
        Li Yu, Assistant United States Attorney, SDNY (By E-Mail)
        Lawrence Carcare, Esq., Coordinating Counsel for the States (By E-Mail)
        Madeline Lea, Esq., Coordinating Counsel for the States (By E-Mail)