UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA; the States of :
CALIFORNIA, DELAWARE, FLORIDA,
GEORGIA, HAWAII, IOWA, LOUISIANA,
MASSACHUSETTS, MICHIGAN, NEVADA,
NEW JERSEY, NORTH CAROLINA,
RHODE ISLAND, TENNESSEE, TEXAS,
VIRGINIA, and the DISTRICT OF :
COLUMBIA, ex rel. KAVEH ASKARI,

                      Plaintiffs,

   -against-

PHARMERICA CORPORATION,
PHARMACY CORPORATION OF AMERICA,
ONCOMED SPECIALTY PHARMACY, LTD.,
d/b/a ONCO360, and GREG WEISHAR, PAUL
JARDINA, and ROBERT THOMSON,
in their individual capacities,

                      Defendants.

------------------------------------ x

ORDER

20 Civ. 5089-GBD

GEORGE B. DANIELS, United States District Judge:

    The Court will hear oral arguments on Defendants' pending motion to dismiss the amended complaint, (ECF No. 44), on June 7, 2022 at 10:00 am.

Dated: April 18, 2022
       New York, New York

                            SO ORDERED.

                            *George B. Daniels*
                            GEORGE B. DANIELS
                            UNITED STATES DISTRICT JUDGE